■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TAMARA L. BUTLER, Also Known as TAMARA LYNN BUTLER, Appellant. [954 NYS2d 511]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered September 15, 2011. The judgment convicted defendant, upon her plea of guilty, of driving while intoxicated, a misdemeanor, and aggravated unlicensed operation of a motor vehicle in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Fahey, Carni, Valentino and Martoche, JJ.